No. 63, Misc.   EX PARTE DENVER & RIO GRANDE WESTERN RAILROAD COMPANY COMMITTEES AND TRUSTEES. December 16, 1946.   The motion for leave to file petition for writs of mandamus and prohibition is denied.   *Walter J. Cummings, Jr.* for petitioners.   *Acting Solicitor General Washington, John D. Goodloe* and *W. Meade Fletcher* filed a memorandum for the Reconstruction Finance Corporation.

Nos. 677 and 678.   SENDEROWITZ ET AL., TRADING AS ROYAL MANUFACTURING CO., *v.* PORTER, PRICE ADMINISTRATOR.   December 18, 1946.   Fleming, Temporary Controls Administrator, substituted for Porter, Price Administrator, as respondent.

No. —.   MEDLEY *v.* REID, SUPERINTENDENT; and

No. —.   COPELAND *v.* REID, SUPERINTENDENT.   See *post,* p. 794.

No. —.   EX PARTE FISHER.   December 19, 1946.   The application for a stay of execution is denied.   *Charles H. Houston* for petitioner.